No. 514, Misc. DONAHUE v. CONNECTICUT. Appeal from the Supreme Court of Errors of Connecticut. *Per Curiam:* The appeal is dismissed and, treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied. *Albert L. Coles* and *Philip H. Smith* for appellant.

No. ——. BURKE ET AL. v. UNITED STATES ET AL. Motion to waive the rules and docket the case denied.

No. 376. PETERS v. HOBBY ET AL. Certiorari, 348 U. S. 882, to the United States Court of Appeals for the District of Columbia Circuit. Motion for leave to file brief of Emergency Civil Liberties Committee, as *amicus curiae,* denied.

No. 157. RYAN STEVEDORING Co., INC. v. PAN-ATLANTIC STEAMSHIP CORP. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Second Circuit. The petition for rehearing is granted. The judgment entered April 11, 1955, 349 U. S. 901, is vacated and the case is restored to the docket for reargument. MR. JUSTICE HARLAN took no part in the consideration or decision of the petition for rehearing. *Sidney A. Schwartz* for petitioner.

No. 213. INDIAN TOWING Co., INC. ET AL. v. UNITED STATES. Certiorari, 348 U. S. 810, to the United States Court of Appeals for the Fifth Circuit. The petition for rehearing is granted. The judgment entered April 11, 1955, 349 U. S. 902, is vacated and the case is restored to the docket for reargument. MR. JUSTICE HARLAN took no part in the consideration or decision of the petition for rehearing. *Richard B. Montgomery* for petitioners.